UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEEVE MATHIAS PAUL,<br><br>                              Petitioner,<br><br>                       -v.-<br><br>THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement; CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security, and CARL E. DUBOIS, in his official capacity as Sheriff of Orange County New York,<br><br>                              Respondents. | 20 Civ. 2425 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

It has come to the Court's attention that Petitioner's March 21, 2020 motions for a temporary restraining order and for an order to show cause remain pending (Dkt. #4-5), despite resolution of those motions by the Respondent's release of Petitioner from custody on or around March 27, 2020 (*see* Dkt. #8). Therefore, the Clerk of Court is directed to terminate the motions pending at docket entries 4 and 5. While Petitioner's March 21, 2020 motions for a temporary restraining order and motion for an order to show cause are moot, the Court has not yet ruled on whether Petitioner's petition is moot and the parties shall comply with the Court's September 18, 2020 Order setting a briefing schedule for Respondents' anticipated motion to dismiss the petition. (*See* Dkt. #24).

SO ORDERED.

Dated:	October 5, 2020
	New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge