**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
STEEVE MATHIAS PAUL,

                       Petitioner,

     -against-                                  20 **CIVIL** 2425 (KPF)

                                            **JUDGMENT**

THOMAS DECKER, in his official capacity as
Director of the New York Field Office of U.S.
Immigrations & Customs Enforcement; CHAD
WOLF, in his official capacity as Acting Secretary,
U.S. Department of Homeland Security, and CARL
E. DUBOIS, in his official capacity as Sheriff of
Orange County New York,

                      Respondents.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 14, 2021, Respondents' motion to dismiss is GRANTED. The Court dismisses this action as moot, although Petitioner would of course be able to file a second petition for habeas relief if he were re-detained in the future under comparable conditions; accordingly, this case is closed.

**Dated:** New York, New York

        May 14, 2021

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                         **BY:**     *K. Mango*

                                                        **Deputy Clerk**